USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/09

IN THE UNITED STATES DISTRICT COURT:
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LION OIL TRADING &
TRANSPORTATION, INC.

      Plaintiff,

v.

STATOIL MARKETING AND
TRADING (US) INC.

      Defendant.
---------------------------------------------------------------x

STATOIL MARKETING &
TRADING (US) INC.,

      Plaintiff,

v.

LION OIL COMPANY,

      Defendant.
---------------------------------------------------------------x

Civil Action No. 08-11315 (WHP)

RECEIVED
AUG 1 - 200.

Civil Action No. 09-2081 (WHP)

## REVISED SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

      For the reasons set forth in the parties' Joint Motion to Amend the Scheduling Order, the motion is granted.

      The following schedule is established:

      1.     The parties shall complete all fact discovery by November 6, 2009;

      2.     The parties shall exchange initial expert reports by December 2, 2009;

3. The parties shall exchange rebuttal expert reports by December 18, 2009;

4. The parties shall complete all expert discovery by January 22, 2009;

5. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by March 5, 2010; and

6. A final pre-trial conference shall take place on March 12, 2010, at 11:00 a.m.

Dated: August 20, 2009
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

APPROVED AS TO FORM:

*Counsel of record:*

_____
Mark R. Robeck, Esq.
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
Tel: (713) 229-2071
Fax: (713) 229-2872

*Counsel for Lion Oil Trading & Transportation, Inc.
and Lion Oil Company*


_____
David Peter Langlois, Esq.
Sutherland Asbill & Brennan, LLP
1114 Avenue of the Americas
40th Floor
New York, NY 10036
Tel: (212) 389-5007
Fax: (212) 389-5099

*Counsel for Statoil Marketing and Trading (US) Inc.*